**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DEMETRIUS PARRISH, | : | |
| | | Case No. 3:07CV440 |
| Petitioner, | : | |
| | | |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| LEBANON CORRECTIONAL, INSTITUTION | : | |
| | : | |
| Respondent. | | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1. The Report and Recommendations filed on January 31, 2008  (Doc. #6) is ADOPTED in full;

2. Petitioner, Demetrius Parrish's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3. A Certificate of Appealability under 28 U.S.C. § 2253 (c) not issue; and

4. This case is terminated on the docket of this Court.

February 15, 2008                                       **s/THOMAS M. ROSE**

 

                                                Thomas M. Rose
                                     United States District Judge